# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dickson, Joseph A. | District Court - New Jersey | 06/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

Martin Luther King, Jr. Courthouse & Federal Bldg.
50 Walnut Street
P.O. Box 999
Newark, New Jersey 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ▨▨▨▨▨▨ (Salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/06/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Voya Financial PHR026 401K | | | | | | | | | |
| 2. -Bonds Alliance Bern f/k/a ING Opp Glb Strat Inc. | B | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 3. -Fidelity VIP Contrafund Port - Init | C | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 4. -Templeton Foreign Fund - A | B | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 5. -Ariel Fund Investor | C | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 6. -VY JP Morgan Sm Cp Eq Prt | B | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 7. Bank of America Accounts (cash) | A | Interest | L | T | | | | | |
| 8. Morgan Stanley Smith Barney (IRA) | | | | | | | | | |
| 9. -Morgan Stanley Bank N.A. cash | A | Int./Div. | J | T | | | | | |
| 10. -SA Sponsor AGR (stock) | A | Int./Div. | | | Sold | 09/18/17 | J | B | |
| 11. -Unit First Trust Uncommon Values | A | Int./Div. | | | Sold | 09/18/17 | J | A | |
| 12. -Exxon Mobile Corp. (stock) | A | Int./Div. | | | Sold | 09/18/17 | J | A | |
| 13. -Allianceber Intl Value C (ABICX) mutual fund | A | Int./Div. | | | Sold | 09/18/17 | J | A | |
| 14. -Blackrock Equity Dividend (MCDVX) mutual fund | B | Int./Div. | | | Sold | 09/18/17 | K | B | |
| 15. -Franklin Income C (FCISX) mutual fund | B | Int./Div. | | | Sold | 09/18/17 | K | B | |
| 16. -Legg Mason Capmdmt Opport C (LMOPX) mutual fund | B | Int./Div. | | | Sold | 09/18/17 | K | D | |
| 17. -Loomis Sayles Strat Inc C (NECZX) mutual fund | A | Int./Div. | | | Sold | 09/18/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Equitable Life AXA Equitable - Elite 07 annuity | A | Int./Div. | J | T | | | | | |
| 19. -Brighthouse Investors Class L annuity | B | Int./Div. | K | T | | | | | |
| 20. -Ishares Core MSCI EAFE ETF | A | Int./Div. | L | T | Buy | 09/18/17 | L | | |
| 21. -Ishares Core MSCI Emerging | A | Int./Div. | K | T | Buy | 09/18/17 | K | | |
| 22. -Ishares IBOXX H/Y COR BD ETF | A | Int./Div. | J | T | Buy | 09/18/17 | J | | |
| 23. -Ishares Russell 1000 GRW ETF | A | Int./Div. | K | T | Buy | 09/18/17 | K | | |
| 24. -Ishares Russell 1000 Value ETF | A | Int./Div. | K | T | Buy | 09/18/17 | K | | |
| 25. -Ishares Russell 2000 Grwth ETF | A | Int./Div. | J | T | Buy | 09/18/17 | J | | |
| 26. -Ishares Russell 2000 Value ETF | A | Int./Div. | J | T | Buy | 09/18/17 | J | | |
| 27. -Ishares Russell Midcap G ETF | A | Int./Div. | J | T | Buy | 09/18/17 | J | | |
| 28. -Ishares Russell Midcap V ETF | A | Int./Div. | J | T | Buy | 09/18/17 | J | | |
| 29. -Ishares Tips Bond ETF | A | Int./Div. | J | T | Buy | 09/18/17 | J | | |
| 30. -Pimco Enhanced Shrt Mtrt Exc | A | Int./Div. | J | T | Buy | 09/18/17 | J | | |
| 31. -Vanguard Short Term Bnd | A | Int./Div. | K | T | Buy | 09/18/17 | K | | |
| 32. -Vanguard Total Bond Market | A | Int./Div. | K | T | Buy | 09/18/17 | K | | |
| 33. -Wisdomtree Trust Japn Hedge EQ | A | Int./Div. | J | T | Buy | 09/18/17 | J | | |
| 34. Met Life 403(b) Savings Plan | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Am Funds Glbl SC mutual fund | A | Int./Div. | J | T | | | | | |
| 36. -American Funds GI Fund mutual fund | A | Int./Div. | J | T | | | | | |
| 37. -Clarion Glbl Real Estate mutual fund | A | Int./Div. | J | T | | | | | |
| 38. -Fixed Interest Account | A | Int./Div. | J | T | | | | | |
| 39. -TRP Midcap Growth mutual fund | A | Int./Div. | J | T | | | | | |
| 40. -Russel 2000 Index mutual fund | A | Int./Div. | J | T | | | | | |
| 41. -Clearbridge Aggressive Growth | A | Int./Div. | J | T | | | | | |
| 42. -MFS Research Intl Mutual Fund | A | Int./Div. | J | T | | | | | |
| 43. -American Funds Growth Fund | A | Int./Div. | J | T | | | | | |
| 44. Met Life 403(b) Savings Plan T Flex Annuity | D | Interest | M | T | | | | | |
| 45. Met Life 457 Deferred Compensation Plan | C | Interest | K | T | | | | | |
| 46. Nationwide Universal Life Insurance Policy | A | Dividend | J | T | | | | | |
| 47. Nationwide Life Insurance Policy | | | | | | | | | |
| 48. -Fidelity VIP Asset Manager, Initial Class (Mutual Fund) | A | Dividend | J | T | | | | | |
| 49. -Fidelity VIP Growth, Initial Class (Mutual Fund) | A | Dividend | J | T | | | | | |
| 50. -Janus Aspen Series Forty, Service Shares (Mutual Fund) | A | Dividend | J | T | | | | | |
| 51. -NWD Var Ins Trst NVIT S&P 500 Index (Mutual Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -NWD Var Ins Trst Oppen. NVIT Lg Cap Grth (Mutual Fund)(X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/06/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. Dickson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544